ANDREW M. MORSE (4498)
R. SCOTT YOUNG (10695)
ANDREW L. ROTH (16149)
SNOW CHRISTENSEN & MARTINEAU
10 Exchange Place, Eleventh Floor
Post Office Box 45000
Salt Lake City, Utah 84145-5000
Telephone: (801) 521-9000
Facsimile: (801) 363-0400
amm@scmlaw.com
sy@scmlaw.com
alr@scmlaw.com
*Attorneys for Defendants Swift Transportation Co.*
*of Arizona, LLC & Swift Leasing Co., LLC*

# IN THE UNITED STATES DISTRICT COURT

# DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| FABIAN GONZALEZ,<br><br>            Plaintiff,<br><br>vs.<br><br>SWIFT TRANSPORTATION CO. OF ARIZONA, LLC, an Arizona corporation, SWIFT LEASING CO., LLC, an Arizona corporation, JOEL ROCHA, an individual, and DOES 1-10 INCLUSIVE,<br><br>           Defendants. | **STIPULATION OF DISMISSAL WITH PREJUDICE**<br><br>Civil No. 2:18CV777 TC CMR<br><br>Judge Tena Campbell<br><br>Magistrate Judge Cecilia M. Romero |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the parties to the above-captioned action hereby stipulate and agree to dismissal with prejudice of this action in its entirety, including all of plaintiff's claims against defendants. The parties have resolved this matter in accordance with the terms of a settlement agreement. Each party is to bear its own costs and fees.

JOINTLY SUBMITTED this 18th day of August, 2021.

                                                  SNOW, CHRISTENSEN & MARTINEAU

                                                  */s/ Andrew L. Roth*
                                                  Andrew M. Morse
                                                  Scott Young
                                                  Andrew L. Roth
                                                  *Attorneys for Defendants*

                                                JARDINE LAW OFFICES, P.C.

                                               */s/ Joseph Jardine*
                                                Joseph Jardine
                                                Peter D. Goodall
                                                *Attorneys for Plaintiff*
                                               **Signed with permission via email, 08/18/21**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on August 18, 2021, I caused a true and correct copy of the foregoing **STIPULATION OF DISMISSAL WITH PREJUDICE** to be served upon the following by E-Mail:

Joseph Jardine – joseph@jlodefense.com
Peter D. Goodall - peter@legalgoodall.com
JARDINE LAW OFFICES, P.C.
140 North Union Avenue, Suite 205
Farmington UT 84025
*Attorneys for Plaintiff*

/s/ Linda St. John

4826-3056-7927, v. 1

4811-2709-5699.1     17082.29